| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-17967-AMC**

Robert William Cohen
616 Clearwater Park Rd
Apartment 413
West Palm Beach  FL     33401

Petition Filed Date: 12/26/2019
341 Hearing Date: 02/07/2020
Confirmation Date: 06/17/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $850.00 | 9296 | 09/21/2023 | $850.00 | 9301 | 10/24/2023 | $850.00 | 9305 |
| 12/01/2023 | $850.00 | 9312 | 12/27/2023 | $850.00 | | 01/25/2024 | $850.00 | |
| 02/27/2024 | $850.00 | | 03/25/2024 | $850.00 | | 04/25/2024 | $850.00 | |
| 05/28/2024 | $850.00 | | 06/26/2024 | $850.00 | | 07/25/2024 | $850.00 | |

**Total Receipts for the Period:  $10,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $46,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert William Cohen | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA »» 001 | Unsecured Creditors | $5,212.43 | $108.59 | $5,103.84 |
| 2 | BANK OF AMERICA NA »» 002 | Unsecured Creditors | $17,013.19 | $354.42 | $16,658.77 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $21,132.52 | $440.23 | $20,692.29 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $6,968.06 | $145.17 | $6,822.89 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $8,110.51 | $168.96 | $7,941.55 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $12,091.26 | $251.89 | $11,839.37 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $1,829.62 | $38.11 | $1,791.51 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 008 | Unsecured Creditors | $15,724.07 | $327.57 | $15,396.50 |
| 9 | UNITED STATES TREASURY (IRS) »» 009 | Priority Crediors | $36,352.00 | $36,352.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $6,855.12 | $142.82 | $6,712.30 |
| 11 | NAVIENT SOLUTIONS LLC »» 011 | Unsecured Creditors | $5,571.73 | $116.07 | $5,455.66 |
| 12 | VW CREDIT LEASING LTD »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PNC BANK »» 013 | Unsecured Creditors | $7,359.13 | $153.32 | $7,205.81 |
| 14 | TD BANK NA »» 014 | Unsecured Creditors | $6,976.08 | $145.32 | $6,830.76 |

**Chapter 13 Case No. 19-17967-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK NEVADA NA<br>»» 015 | Unsecured Creditors | $4,412.11 | $91.91 | $4,320.20 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $3,424.59 | $71.34 | $3,353.25 |
| 17 | CITIBANK NA<br>»» 017 | Unsecured Creditors | $1,142.26 | $17.31 | $1,124.95 |
| 18 | SYNCHRONY BANK<br>»» 018 | Unsecured Creditors | $4,787.01 | $99.72 | $4,687.29 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $3,362.36 | $70.05 | $3,292.31 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,850.09 | $59.37 | $2,790.72 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,750.00 | Current Monthly Payment: | $850.00 |
| Paid to Claims: | $42,654.17 | Arrearages: | $850.00 |
| Paid to Trustee: | $4,089.35 | Total Plan Base: | $48,450.00 |
| Funds on Hand: | $6.48 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.