**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Robert William Cohen, | Chapter 13 |
| Debtor | Case No. 19-17967-amc |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 1 Franklin Town Boulevard #1605 Philadelphia, PA 19103 | 3560 Pine Tree Ct Apt. B-1 Greenacres, FL 33463 |

Date: October 24, 2024

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik
    Michael A. Cibik, Esquire
    Attorney I.D. 23110
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    P: 215-735-1060/F: 215-735-6769
    E: mail@cibiklaw.com