United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
                                                    Case No. 19-17967-amc

Robert William Cohen                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                 Page 1 of 3

Date Rcvd: Oct 24, 2024                             Form ID: 138OBJ                        Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert William Cohen, 3560 Pine Tree Ct., Apt. B-1, Greenacres, FL 33463-3148 |
| 14444157 | + | BROOKFIELD PROPERTY MANAGEMENT, 1 FRANKLIN TOWN BLVD, PHILA PA 19103-1240 |
| 14444172 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14444174 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14444176 | + | ROBERT W CUSICK, ESQUIRE, HAYT HAYT LANDAU, 2 INDUSTRIAL WAY WEST, EATONTOWN NJ 07724-2265 |
| 14470480 | + | TD Bank, N.A, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2024 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14463614 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 00:05:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14444153 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 00:05:13 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14444154 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2024 23:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14453178 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 24 2024 23:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14444155 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 24 2024 23:40:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14444156 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 25 2024 00:04:16 | Bmw Bank Of North Amer, 2735 E Parleys Way, Salt Lake City, UT 84109-1666 |
| 14444162 | | Email/Text: megan.harper@phila.gov | Oct 24 2024 23:41:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14444163 | | Email/Text: megan.harper@phila.gov | Oct 24 2024 23:41:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14462349 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2024 00:05:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14444158 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2024 00:04:38 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14444159 | + | Email/Text: ecf@ccpclaw.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 24 2024 23:40:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14472546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 25 2024 00:04:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14444161 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 25 2024 00:05:35 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14444164 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Oct 24 2024 23:41:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14444165 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Oct 24 2024 23:40:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14444166 | ^ | MEBN | | |
| | | | Oct 24 2024 23:37:10 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14444168 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Oct 24 2024 23:40:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14471593 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Oct 24 2024 23:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14444169 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 25 2024 00:04:22 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 14444170 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 25 2024 00:04:41 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14458522 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 24 2024 23:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14474730 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 25 2024 00:04:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14444171 | + | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Oct 25 2024 00:04:16 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14468235 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 24 2024 23:40:00 | PNC Bank National Association, PO Box 94982, Cleveland OH 44101 |
| 14444175 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 24 2024 23:40:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14463882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 25 2024 00:04:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14444173 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Oct 24 2024 23:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14464173 | | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Oct 25 2024 00:04:56 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14444177 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 25 2024 00:05:00 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14444178 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 25 2024 00:04:16 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14444179 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 25 2024 00:04:15 | Syncb/bp Dc, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 14473752 | ^ | MEBN | | |
| | | | Oct 24 2024 23:37:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14444180 | | Email/Text: bankruptcy@td.com | | |
| | | | Oct 24 2024 23:40:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 14444181 | | Email/Text: DASPUBREC@transunion.com | | |
| | | | Oct 24 2024 23:40:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 138OBJ | Total Noticed: 46 |

| 14444182 | Email/Text: vci.bkcy@vwcredit.com | | |
|---|---|---|---|
| | | Oct 24 2024 23:41:00 | VW CREDIT, 2333 WAUKEGAN RD, DEERFIELD IL 60015 |
| 14465922 | + Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | Oct 24 2024 23:40:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14444184 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 25 2024 00:05:01 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14471578 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 25 2024 00:05:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14444160 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14444167 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 21126, Philadelphia, PA 19114 |
| 14444183 | *+ | Vw Credit Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Robert William Cohen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 44 – 40

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            )

    Robert William Cohen       )      Case No. 19–17967–amc

    aka Robert W. Cohen        )

                            )

    Debtor(s).                  )      Chapter: 13

                            )

                            )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 24, 2024

For The Court

Timothy B. McGrath
Clerk of Court