**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Robert William Cohen,                        Chapter 13

            Debtor                           Case No.19-17967-amc


**PRAECIPE TO AMEND ADDRESS**


**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:                         **New Address:**

3560 Pine Tree Ct                        600 S. Dixie Highway
Apt. B-1                                 Apt. 401
Greenacres, FL 33463                     West Palm Beach, FL 33401


Date:  February 6, 2025        CIBIK LAW, P.C.
                               Attorney for Debtor


                               By: /s/ Michael A. Cibik
                                   Michael A. Cibik, Esquire
                                   Attorney I.D. 23110
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA 19102
                                   P: 215-735-1060/F: 215-735-6769
                                   E:  mail@cibiklaw.com